UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                         Case No. 1:25−cr−20634−TLL−PTM
                                              Hon. Thomas L. Ludington

Michael Bacigalupo,

                    Defendant(s),

## NOTICE TO APPEAR REMOTELY

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Thomas L. Ludington as follows:

    Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for: Michael Bacigalupo

- STATUS CONFERENCE: February 13, 2026 at 03:00 PM

    The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys−only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

    **ADDITIONAL INFORMATION:** A Microsoft TEAMS Invite will be Email in a Separate Email to Counsel of Record and Other Invited Participants.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/K Winslow
                                                               Case Manager

Dated: January 12, 2026