UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 1:25−cr−20634−TLL−PTM
                                              Hon. Thomas L. Ludington

Michael Bacigalupo,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

    PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District Judge Thomas L. Ludington as follows:

    Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for:  Michael Bacigalupo

- STATUS CONFERENCE:  January 13, 2026 at 03:00 PM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/K Winslow
                                                   Case Manager

Dated:   January 13, 2026